# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

—————————————————

KRISTOPHER K. WOOTEN,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D22-3033

—————————————————

September 1, 2023

Appeal from the Circuit Court for Sarasota County; Donna M. Padar, Judge.

Howard L. Dimmig, II, Public Defender, and Robert D. Rosen, Assistant Public Defender, Bartow, for Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.


PER CURIAM.

Affirmed.

CASANUEVA, MORRIS, and ROTHSTEIN-YOUAKIM, JJ., Concur.

—————————————————

Opinion subject to revision prior to official publication.